UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALPHONSO DUNN,<br><br>Plaintiff,<br><br>v.<br><br>CHRONICLE BOOKS, LLC,<br><br>Defendant. | Civil Action No.<br><br>21-cv-17351 (KM) (JRA)<br><br>**MEDIATION ORDER** |

**THIS MATTER** having come before the Court by way of an initial scheduling conference held before the undersigned pursuant to Federal Rule of Civil Procedure 16, and for good cause shown,

**IT IS on this 31st day of May 2022, ORDERED** that pursuant to Local Civil Rule 301.1, the parties are referred to private mediation before the Honorable Joseph A. Dickson (Ret.), a former Federal Magistrate Judge for the United States District Court for the District of New Jersey. Judge Dickson's email address is jadickson@csglaw.com and his telephone number is (973) 530-2049.

**It is further ORDERED** that the parties shall complete mediation on or before August 1, 2022, and shall bear the costs of mediation equally. The parties shall appear for a telephonic conference before the undersigned on August 11, 2022, at 2:30 p.m. No later than August 4, 2022, the parties shall file a joint letter not to exceed five (5) pages notifying the Court of the result of mediation.

**It is further ORDERED** that discovery is stayed pending mediation of this matter.

_____
Hon. José R. Almonte
United States Magistrate Judge