UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALPHONSO DUNN, | : | |
| | : | |
| Plaintiff, | : | No. 21-cv-17351 |
| | : | |
| v. | : | |
| | : | |
| JAKE PARKER and | : | |
| CHRONICLE BOOKS LLC, | : | |
| | : | |
| Defendants. | : | |

**ANSWER WITH AFFIRMATIVE DEFENSES AND JURY DEMAND OF DEFENDANT, CHRONICLE BOOKS LLC, TO PLAINTIFF'S COMPLAINT**

Defendant, Chronicle Books LLC, (hereinafter "Chronicle") by and through its attorneys Marshall Dennehey Warner Coleman & Goggin, hereby files the within Answer with Affirmative Defenses and Jury Demand to Plaintiff's Complaint and in support thereof avers as follows:

1. Denied. The allegations in this averment are conclusions of law to which no responsive pleading is required. In addition, Defendant denies any claims against it for infringement of a copyright.

2. Denied. Defendant is without knowledge of the truth or falsity of this averment.

3. Denied. This averment contains conclusions of law to which no responsive pleading is required. In addition, Defendant is without knowledge as to the truth or falsity of the claims in this averment.

4. Denied. After reasonable investigation, Defendant is without knowledge as to the truth or falsity of this averment.

5. Admitted.

6. Admitted.