UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
ALPHONSO DUNN,

              *Plaintiff*,                        Case No.: 21-cv-17351

    -against-

CHRONICLE BOOKS LLC,

              *Defendants*.
------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Chronicle Books LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and each party bearing their own costs.

Dated: September 9, 2022                            September 9, 2022

MCLOUGHLIN, O'HARA,                MARSHALL DENNEHEY WARNER
WAGNER & KENDALL, LLP               COLEMAN & GOGGIN, P.C.

*/s/ Glen A. Kendall*                                */s/ David Shannon*

By: _____           By: _____
Glen A. Kendall, Esq.                         David Shannon, Esq.
*Attorneys for Plaintiff*                        *Attorneys for Defendant*
250 Park Avenue, 7th Floor              2000 Market Street, Suite 2300
New York, New York 10177              Philadelphia, PA 19103
212-920-6695                                       215-575-2615